IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
~~NORTHERN~~ DIVISION

RECEIVED
2007 NOV -2 P 1: 05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| AMINUL HOQUE AND ROBIN ISRAIL,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>SERVICE FIRST LOGISTICS,  )<br>DONALD BAKER, INDIVIDUALLY,  )<br>AND AS AN EMPLOYEE OR AGENT  )<br>FOR SERVICE FIRST LOGISTICS, et  )<br>al,  )<br>)<br>Defendants.  ) | CIVIL ACTION NO. CV-~~2007~~-3:07-cv-987-WKW |

## NOTICE OF REMOVAL

Come now the Defendants identified in the Complaint as Service First Logistics and Donald Baker, and pursuant to 28 U.S.C. §§ 1441 and 1446 give notice of its removal of this action to the United States District Court, Middle District of Alabama. As grounds therefor, the Defendants say as follows:

1. Upon information and belief, Plaintiff Robin Israil is a resident citizen of the State of Alabama and was a resident citizen of the State of Alabama at the time of this Notice of Removal.

2. Upon information and belief, Plaintiff Aminul Hoque is a resident citizen of the State of Alabama and was a resident citizen of the State of Alabama at the time of this Notice of Removal.

3. Defendant Donald Baker is a resident citizen of the State of North Carolina

and was a resident citizen of the State of North Carolina at the time of this Notice of Removal.

4. Defendant Service First Logistics is a North Carolina corporation with its principal place of business both at present and at the time of the incident made the basis of this suit in the State of North Carolina. Therefore, Service First Logistics is a citizen of the State of North Carolina.

5. This action was removed within 30 days of the date within which it is first removable.

6. This action is a matter of which the United states District Court has jurisdiction in that the controversy is wholly between citizens of different states. Jurisdiction is based upon complete diversity of citizenship and the amount in controversy exceeds the sum of Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs, in compliance with 28 U.S.C. § 1332.

7. Although the Plaintiffs seek an unspecified amount of monetary damages, they claim the Defendants vehicle struck the Plaintiffs' vehicle "causing them bodily injury and injury to the vehicle." (Plaintiffs' Complaint para. 8). The Plaintiffs seek compensatory and punitive damages against these Defendants.

8. A copy of all pleadings and process served upon these Defendants are attached hereto as Exhibit 1.

9. A copy of this Notice of Removal has been filed with the Circuit Court of Macon County, Alabama.

WHEREFORE, the Defendants identified in the Complaint as Service First Logistics and Donald Baker request this Court to assume full jurisdiction over the cause herein as provided by law.

_____
J. ALEX WYATT, III
Attorney for Defendants

OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing via United States mail, postage prepaid and properly addressed on counsel for all parties as follows:

Mr. C. Franklin Snowden, III
The Snowden Law Offices, P.C.
2006 Berryhill Road
Montgomery, AL 36117

_____
OF COUNSEL

| STATE OF ALABAMA | | CASE NO. CV-2007- 90 |
|---|---|---|
| UNIFIED JUDICIAL SYSTEM | | |

# SUMMONS
## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

AMINUL HOQUE and ROBIN ISRAIL, Plaintiffs,
vs.
SERVICE FIRST LOGISTICS, DONALD BAKER,
Individually, and as an employee or agent for
SERVICE FIRST LOGISTICS, and FICTITIOUS
DEFENDANTS A, B, C, D AND E, Defendants.

CIVIL ACTION NO. CV 2007- 90

NOTICE TO:

**Service First Logistics 1089 Boulder Rd., Greensboro, NC 27409**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PETITIONER OR THE PETITIONER'S ATTORNEY **C. FRANKLIN SNOWDEN III.**, WHOSE ADDRESS IS **2006 Berryhill Road, Montgomery, Alabama 36117.**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **THIRTY (30) DAYS** AFTER THE SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐   You Are Hereby Commanded to Serve this Summons and a Copy of the Complaint in this Action upon the Defendant.

☑   Service by Certified Mail of this Summons Is Initiated upon the Written Request of _____
Pursuant to the Alabama Rules of Civil Procedure.

DATE: 10/2/07      [signature] David Love, Jr.       BY: [signature]
                   CLERK/REGISTER

---

☑ CERTIFIED MAIL IS HEREBY REQUESTED      [signature]
                                          PLAINTIFF'S ATTORNEY'S SIGNATURE

---

RETURN ON SERVICE:

☐ RETURN RECEIPT OF CERTIFIED MAIL RECEIVED IN THIS OFFICE ON _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____ (Date).

_____                              _____
Date                                         Server's Signature

_____                              _____
Address of Server                            Type of Process Server

                                             _____
                                             Phone Number of Server

Exhibit 1

IN THE CIRCUIT COURT
OF
MACON COUNTY, ALABAMA

AMINUL HOQUE  
and  
ROBIN ISRAIL  

Plaintiffs,  
vs.  

CIVIL ACTION NO.-CV 2007-_____

SERVICE FIRST LOGISTICS,  
DONALD BAKER, Individually, and  
as an employee or agent for SERVICE  
FIRST LOGISTICS, and  
FICTITIOUS DEFENDANTS A, B, C,  
D AND E,  

Defendants.

## COMPLAINT

### Parties

1. The Plaintiffs, Aminul Hoque and Robin Israil, are residents of Montgomery County, Alabama and are both over the age of nineteen years.

2. The Defendant, Service First Logistics, is a business entity headquartered in Greensboro, North Carolina.

3. The Defendant, Donald Baker, is a resident of Clemmons, North Carolina and is over the age of nineteen years.

4. Fictitious Defendants A, B, C, D and E, whose identities are yet unknown to your Plaintiff, are those other parties, persons or entities responsible for the damages giving rise to this cause of action and whose names and or

identities will be supplemented to this Petition upon ascertaining such.

### Jurisdiction

5. The event of which Plaintiffs complain occurred in Macon County, Alabama.

### Facts

6. On July 21, 2005, Robin Israil was operating a motor vehicle, with Aminul Hoque as a passenger therein, traveling north on Interstate 85 in Macon County, Alabama, between the intersections of Alabama Highway 49 and Alabama Highway 81.

7. Defendant Donald Baker was operating a motor vehicle owned by Defendant Service First Logistics traveling north on Interstate 85 in Macon County, Alabama, between the intersections of Alabama Highway 49 and Alabama Highway 81, at the same time as the motor vehicle operated by Aminul Hoque and Robin Israil.

8. Aminul Hoque and Robin Israil were slowing to a stop because of a WIDE LOAD vehicle which took over both lanes of traffic. At this time, Defendant Donald Baker, operating his motor vehicle at a high rate of speed crashed into the back of the vehicle being driven by Robin Israil and Aminul Hoque causing them bodily injury and injury to the vehicle.

## Count I.

### Negligence/Wantonness

9. The Plaintiff, Aminul Hoque and Robin Israil, incorporates paragraphs one through eight above as if fully set forth herein.

10. The Defendant, Donald Baker, owed a duty to Aminul Hoque and Robin Israil, and other motorists to operate his vehicle, owned by Defendant Service First Logistics, in a reasonably safe manner, to watch for vehicles in front of him and to drive at an appropriate speed under the circumstances.

11. The Defendant, Service First Logistics, breached this duty to Aminul Hoque and Robin Israil and other motorists by not watching for automobiles in front of him, by driving at an excessive rate of speed under the circumstances and by failing to yield or stop.

12. Donald Baker operated his vehicle wantonly and with total conscious and reckless disregard of the rights and safety of Aminul Hoque and Robin Israil and others.

13. As a direct and proximate consequence and result of the manner in which Donald Baker operated the motor vehicle he was driving, Aminul Hoque and Robin Israil were caused to, and continue to, suffer grievous injuries including back injuries, neck injuries, broken bones, pain and discomfort, mental anguish, emotional distress and other injuries and harm.

WHEREFORE, the Plaintiffs, Aminul Hoque and Robin Israil, demands a money judgment against the defendants, Service First Logistics and Donald Baker, and Fictitious Defendants A, B, C, D and E in an amount to be determined as compensatory and punitive damages, together with the costs of these proceedings. The amount due the Plaintiff exceeds the minimum jurisdictional requirements of this court.

RESPECTFULLY SUBMITTED this 19th Day of July, 2007.

_____
C. Franklin Snowden III(SNO009)
Attorney for Plaintiffs

OF COUNSEL:
THE SNOWDEN LAW OFFICES, P.C.
2006 BERRYHILL ROAD
MONTGOMERY, ALABAMA 36117
(334) 409-7000

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY**

_____
C. Franklin Snowden III(SNO009)

| STATE OF ALABAMA | CASE NO. CV-2007- 90 |
|---|---|
| UNIFIED JUDICIAL SYSTEM | |

# SUMMONS

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

AMINUL HOQUE and ROBIN ISRAIL, Plaintiffs,  \*
  vs.                                        \*   CIVIL ACTION NO.-CV 2007- 90
SERVICE FIRST LOGISTICS, DONALD BAKER,       \*
Individually, and as an employee or agent for \*
SERVICE FIRST LOGISTICS, and FICTITIOUS      \*
DEFENDANTS A, B, C, D AND E, Defendants.     \*
                                             \*

NOTICE TO:

Donald Baker 1516 Lewisburg Pointe Dr., Clemmons, NC 27102

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PETITIONER OR THE PETITIONER'S ATTORNEY C. FRANKLIN SNOWDEN III., WHOSE ADDRESS IS 2006 Berryhill Road, Montgomery, Alabama 36117.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **THIRTY (30) DAYS** AFTER THE SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐  You Are Hereby Commanded to Serve this Summons and a Copy of the Complaint in this Action upon the Defendant.

☑  Service by Certified Mail of this Summons Is Initiated upon the Written Request of _____ Pursuant to the Alabama Rules of Civil Procedure.

DATE: 10/3/07        David Love, Jr.           BY: S.m.
                     CLERK/REGISTER

☑ CERTIFIED MAIL IS HEREBY REQUESTED  _____
                                      PLAINTIFF'S ATTORNEY'S SIGNATURE

RETURN ON SERVICE:

☐ RETURN RECEIPT OF CERTIFIED MAIL RECEIVED IN THIS OFFICE ON _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date).

Date                                 Server's Signature

Address of Server                    Type of Process Server

                                     Phone Number of Server

IN THE CIRCUIT COURT
OF
MACON COUNTY, ALABAMA

| | |
|---|---|
| AMINUL HOQUE<br>and<br>ROBIN ISRAIL<br><br>Plaintiffs,<br>  vs.<br><br>SERVICE FIRST LOGISTICS,<br>DONALD BAKER, Individually, and<br>as an employee or agent for SERVICE<br>FIRST LOGISTICS, and<br>FICTITIOUS DEFENDANTS A, B, C,<br>D AND E,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*  CIVIL ACTION NO.-CV 2007- 90<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## COMPLAINT

### Parties

1. The Plaintiffs, Aminul Hoque and Robin Israil, are residents of Montgomery County, Alabama and are both over the age of nineteen years.

2. The Defendant, Service First Logistics, is a business entity headquartered in Greensboro, North Carolina.

3. The Defendant, Donald Baker, is a resident of Clemmons, North Carolina and is over the age of nineteen years.

4. Fictitious Defendants A, B, C, D and E, whose identities are yet unknown to your Plaintiff, are those other parties, persons or entities responsible for the damages giving rise to this cause of action and whose names and or

identities will be supplemented to this Petition upon ascertaining such.

## Jurisdiction

5. The event of which Plaintiffs complain occurred in Macon County, Alabama.

## Facts

6. On July 21, 2005, Robin Israil was operating a motor vehicle, with Aminul Hoque as a passenger therein, traveling north on Interstate 85 in Macon County, Alabama, between the intersections of Alabama Highway 49 and Alabama Highway 81.

7. Defendant Donald Baker was operating a motor vehicle owned by Defendant Service First Logistics traveling north on Interstate 85 in Macon County, Alabama, between the intersections of Alabama Highway 49 and Alabama Highway 81, at the same time as the motor vehicle operated by Aminul Hoque and Robin Israil.

8. Aminul Hoque and Robin Israil were slowing to a stop because of a WIDE LOAD vehicle which took over both lanes of traffic. At this time, Defendant Donald Baker, operating his motor vehicle at a high rate of speed crashed into the back of the vehicle being driven by Robin Israil and Aminul Hoque causing them bodily injury and injury to the vehicle.

## Count I.

### Negligence/Wantonness

9.  The Plaintiff, Aminul Hoque and Robin Israil, incorporates paragraphs one through eight above as if fully set forth herein.

10. The Defendant, Donald Baker, owed a duty to Aminul Hoque and Robin Israil, and other motorists to operate his vehicle, owned by Defendant Service First Logistics, in a reasonably safe manner, to watch for vehicles in front of him and to drive at an appropriate speed under the circumstances.

11. The Defendant, Service First Logistics, breached this duty to Aminul Hoque and Robin Israil and other motorists by not watching for automobiles in front of him, by driving at an excessive rate of speed under the circumstances and by failing to yield or stop.

12. Donald Baker operated his vehicle wantonly and with total conscious and reckless disregard of the rights and safety of Aminul Hoque and Robin Israil and others.

13. As a direct and proximate consequence and result of the manner in which Donald Baker operated the motor vehicle he was driving, Aminul Hoque and Robin Israil were caused to, and continue to, suffer grievous injuries including back injuries, neck injuries, broken bones, pain and discomfort, mental anguish, emotional distress and other injuries and harm.

WHEREFORE, the Plaintiffs, Aminul Hoque and Robin Israil, demands a money judgment against the defendants, Service First Logistics and Donald Baker, and Fictitious Defendants A, B, C, D and E in an amount to be determined as compensatory and punitive damages, together with the costs of these proceedings. The amount due the Plaintiff exceeds the minimum jurisdictional requirements of this court.

RESPECTFULLY SUBMITTED this 19th Day of July, 2007.

_____
C. Franklin Snowden III (SNO009)
Attorney for Plaintiffs

OF COUNSEL:
THE SNOWDEN LAW OFFICES, P.C.
2006 BERRYHILL ROAD
MONTGOMERY, ALABAMA 36117
(334) 409-7000

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY**

_____
C. Franklin Snowden III (SNO009)

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001043
Cashier ID: brobinso
Transaction Date: 11/02/2007
Payer Name: PARSONS LEE JULIANO PC
--------------------------------
CIVIL FILING FEE
 For: PARSONS LEE JULIANO PC
 Case/Party: D-ALM-3-07-CV-000987-001
 Amount:         $350.00
--------------------------------
CHECK
 Check/Money Order Num: 38529
 Amt Tendered:  $350.00
--------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

HOQUE ET AL V. SERVICE FIRST
LOGISTICS
```