IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMINAL HOQUE AND ROBIN ISRAIL, | ) ) ) |
| Plaintiffs, v. | ) ) CASE NO. 3:07-cv-00987-WKW-SRW ) |
| SERVICE FIRST LOGISTICS, DONALD BAKER, et al, | ) ) ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Robin Israil, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

This party is an individual, and, pursuant to Paragraph 1 of said Order, hereby certifies that there are no reportable entities.

Respectfully submitted this the 8th day of November, 2007.

C. Franklin Snowden III (SNO009)
Counsel for Robin Israil and

                                    Aminul Hoque, Plaintiffs
                                    2006 Berryhill Road
                                    Montgomery, AL 36117
                                    (334) 409-7000

11/8/07
Date

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the above and foregoing on the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 8th day of November, 2007.

Hon. J. Alex Wyatt, III
Parsons, Lee & Juliano, P.C.
Post Office Box 530630
Birmingham, Alabama 35253-0630
(205) 326-6600

_____
OF COUNSEL