IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBIN ISRAIL AND AMINUL HOQUE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. ) 03:07-CV-987-WKW |
| SERVICE FIRST LOGISTICS, DONALD BAKER, INDIVIDUALLY, AND AS AN EMPLOYEE OR AGENT FOR SERVICE FIRST LOGISTICS, ET AL, et al, | ) ) ) ) ) |
| Defendants. | ) ) |

**CORPORATE DISCLOSURE STATEMENT**

Comes now Service First Logistics, a Defendant in the above styled cause, and in accordance with General Order Number 3047 of the Middle District of Alabama, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trusties, affiliates, or similar entities reportable under the provisions of Order Number 3047:

1. Service First Logistics is a non-governmental corporation.

2. Service First Logistics has no parent corporation subsidiaries or other reportable entities.

Respectfully submitted.

 s/J. Alex Wyatt, III
J. ALEX WYATT, III

OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600

### CERTIFICATE OF SERVICE

    I hereby certify that I have on this 15th day of November, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. C. Franklin Snowden, III
The Snowden Law Offices, P.C.
2006 Berryhill Road
Montgomery, AL 36117

 /s J. Alex Wyatt, III
OF COUNSEL