IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBIN ISRAIL AND AMINUL HOQUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 03:07-CV-987-WKW |
| SERVICE FIRST LOGISTICS, DONALD BAKER, INDIVIDUALLY, AND AS AN EMPLOYEE OR AGENT FOR SERVICE FIRST LOGISTICS, ET AL, | ) ) ) ) |
| | ) |
| Defendant. | ) |

**REPORT OF PARTIES' PLANNING MEETING**

1. <u>Appearances</u>:

   Pursuant to *Fed. R. Civ. P.* 26(f), a meeting of the parties was held on **December 3, 2007**, and was attended by:

   a. **C. Franklin Snowden, III,** on behalf of the Plaintiffs; and

   b. **J. Alex Wyatt, III,** on behalf of Defendants **Service First Logistics, Inc. and Donald Baker.**

2. <u>Parties</u>:

   a. The Plaintiff shall have until <u>January 21, 2008</u>, to join any additional parties.

   b. The Defendant shall have until <u>February 21, 2008</u>, to join any additional parties.

3. <u>Pleadings</u>:

   a. The Plaintiff shall have until <u>January 21, 2008</u>, to amend the pleadings.

    b.    The Defendant shall have until <u>February 21, 2008</u>, to amend the pleadings.

4. <u>Dispositive Motions</u>:

All potentially dispositive motions must be filed by <u>August 15, 2008</u>.

5. <u>Expert Tesimony</u>:

Unless modified by stipulation of the parties, the disclosure of expert witnesses - including a complete report under *Fed. R.Civ. P.* 26(a)(2)(B)

    a.    From the Plaintiff: April 15, 2008

    b.    From the Defendant: June 1, 2008

6. <u>Discovery Limitations and Cutoffs</u>:

    a.    Unless modified by stipulation of the parties:

Depositions:

Maximum of <u>10</u> depositions for the Plaintiff and <u>10</u> depositions for the Defendant with a maximum time limit of <u>8</u> hours per deposition, unless extended by agreement of the parties.

Interrogatories:

Maximum of <u>40</u> per each party, with responses due within 30 days after service.

Request for Admission:

Maximum of <u>25</u> by each party, with responses due within 30 days after service.

Request for Production:

Maximum of <u>30</u> by each party, with responses due within 30 days after service.

        Supplementation:

        Supplements under Rule 26(e), *Fed. R.Civ. P.*, are due 30 days before the close of discovery.

    b.    Pre- discovery disclosure: The parties shall exchange the information required by Local Rule 26.1 (a)(1) by <u>December 21, 2007</u>.

    c.    Unless modified by court order for good cause shown, all discovery must be commenced in time to be completed by <u>August 1, 2008</u>.

7.    <u>Pre-trial conference</u>:

This case is set for a pretrial conference on September ___ 2008, at _____p.m. in _____, Alabama.

8.    <u>Trial</u>:

This case is set for trial on October ___ 2008, at _____ p.m. in _____, Alabama.

Trial is expected to last <u>2-3</u> day(s).

9.    <u>Final lists</u>:

Final lists of trial witnesses and exhibits under *Fed. R.Civ. P.* 26(a)(3) must be served and filed:

    a.    By the Plaintiff: <u>21 days prior to trial</u>.

    b.    By the Defendant: <u>14 days prior to trial</u>.

Objections are to be filed within <u>5</u> days after receipt of final lists.

10.    <u>Scheduling Conference</u>:

The parties do _____/do not ____X____ Request a scheduling conference prior to the entry of the Scheduling Order.

Submitted this 7th day of December 2007.

                                                s/ C. Franklin Snowden, III
                                                C. FRANKLIN SNOWDEN, III
                                                Attorney for Plaintiffs
                                                2006 Berryhill Road
                                                Montgomery, AL 36117


                                                s/ J. Alex Wyatt, III
                                                J. ALEX WYATT, III
                                                Attorney for Defendants
                                                Parsons, Lee & Juliano, P.C.
                                                Post Office Box 530630
                                                Birmingham, AL 35253
                                                (205) 326-6600