IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBIN ISRAIL AND AMINUL HOQUE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. ) 03:07-CV-987-WKW |
| SERVICE FIRST LOGISTICS, DONALD BAKER, INDIVIDUALLY, AND AS AN EMPLOYEE OR AGENT FOR SERVICE FIRST LOGISTICS, et al, | ) ) ) ) ) ) |
| Defendants. | ) |

## **DEFENDANTS' RESPONSE TO SHOW CAUSE ORDER**

Come now **SERVICE FIRST LOGISTICS and DONALD BAKER,** Defendants in the above style cause, and pursuant to this Court's Order of December 12, 2007, requesting the Defendants to show cause as to why the present case meets the threshold amount in controversy of $75,000.00, submit the following response:

     1.     In their Complaint, the Plaintiffs seek an unspecified amount of damages for their injuries which they claim arose out of the accident made the basis of this lawsuit.

     2.     Although the exact amount of the Plaintiffs' medical bills is not known at this time, as discovery is just being initiated, Plaintiffs' counsel has informally provided medical records for the Plaintiffs that total approximately $25,000.00.

     3.     Given the amount of the medical bills that are claimed to be related in this

case, it is not unreasonable to believe that the amount in controversy is in excess of $75,000.00, and as such, this case meets the threshold requirements relating to diversity jurisdiction set forth in 28 U.S.C. § 1332.

        s/J. Alex Wyatt, III
        J. ALEX WYATT, III

OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 28th day of December, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. C. Franklin Snowden, III
The Snowden Law Offices, P.C.
2006 Berryhill Road
Montgomery, AL 36117

        /s J. Alex Wyatt, III
        OF COUNSEL